JOSEPH A. WELCH, ESQ. – SBN 119312 (FOR COURT STAFF USE ONLY)
**HINTZ & WELCH**
1006 4th Street, Suite 220
Sacramento, California 95814
Telephone: (916) 444-5203
Facsimile: (916) 444-8702

Attorney for Defendant
ANTHONY JAMES HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Case No.: 08-437-EJG |
| ) | |
| **Plaintiff,** ) | **STIPULATION AND ORDER RE** |
| ) | **STATUS CONFERENCE** |
| ) | |
| ) | **DATE:** 3/6/09 |
| **ANTHONY JAMES HILL,** ) | **TIME:** 9:30 a.m. |
| ) | **COURT:** Hon. Edward J. Garcia |
| **Defendant.** ) | |
| ) | |
| ) | |
| ) | |

Defendant, Anthony James Hill, through his attorney of record, Joseph A. Welch, and the United States of America, through Assistant U.S. Attorney William S. Wong, agree as follows:

It is hereby stipulated that the Status Conference currently set for March 6, 2009, be vacated and a new Status Conference be scheduled on March 20, 2009 at 9:30 a.m., for the purpose of the Government and defense counsel to engage in a further exchange of information and negotiations regarding obtaining and examining prior convictions that should result in a change of plea on March 20, 2009. The parties agree to exclude time under Local Code T4.

- 1 -

Stipulation and Order

Accordingly, the parties request that the Status Conference set for March 6, 2009 at 9:30 a.m. be continued to March 20, 2009 at 9:30 a.m. in Courtroom No. 8. Pursuant to the agreement of both parties, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time from March 6, 2009 to March 20, 2009 shall be excluded pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)) in order to afford the parties reasonable time to engage in a further exchange of information and negotiations regarding obtaining and examining prior convictions that should result in a change of plea.

All counsel have consulted and have agreed to the new dates and have authorized Mr. Welch to sign on their behalf.

Respectfully submitted,

Dated: March 4, 2009 /S/ Joseph Welch
Joseph Welch
Attorney for Defendant
ANTHONY JAMES HILL

Dated: March 4, 2009 McGREGOR W. SCOTT
United States Attorney

/S/ William S. Wong
William S. Wong
Assistant U.S. Attorney
Attorney for Plaintiff

## **ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Status Conference currently set for March 6, 2009, be vacated and a new Status Conference be scheduled on March 20, 2009 at 9:30 a.m. for what is anticipated to be a change of plea. The Court finds, for the purpose of computing time, under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which
////

trial must commence, grounds for excluding time from March 6, 2009 through March 20, 2009, pursuant to local code T4 (18 U.S.C. §3161(h)(8)(B)(iv)).

DATED: March 5, 2009  /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Court Judge